**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-2214**

RONALD SATISH EMRIT, d/b/a United Emrits of America, Presidential Candidate Number P60005535, Presidential Committee/Political Action Committee/Separate Segregated Fund (SSF) Number C00569897,

Plaintiff - Appellant,

v.

SENATOR JOHN THUNE, R-North Dakota; SENATOR SUSAN COLLINS, R-Maine; SENATOR JONI ERNNST, R-Iowa; SENATOR LISA MURKOWSKI, R-Alaska; CONGRESSWOMAN MARJORIE TAYLOR GREENE, R-Georgia,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Adam B. Abelson, District Judge.  (8:25-cv-02623-ABA)

Submitted:  January 22, 2026                     Decided:  January 28, 2026

Before AGEE, RICHARDSON, and HEYTENS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Ronald Satish Emrit, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Satish Emrit filed a notice of appeal in his civil case two months after filing his complaint and before the district court had entered any orders. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Emrit does not seek to appeal either a final order or an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
